1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br>         Plaintiff,<br><br>       v.<br><br>CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation; JOHN DOE, an individual; KEVIN GILMARTIN, an individual; and DOES 1 through 100, inclusive,<br>         Defendants.<br><br>JOHN DOE, an individual,<br>         Counterclaimant,<br><br>       v.<br><br>JANE DOE, an individual,<br>         Counter Defendant.<br><br>JOHN DOE, an individual,<br>         Cross-Claimant,<br><br>       v.<br><br>CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation,<br>         Cross-Defendant. | Case No. 2:19-cv-1005-AB-KS<br><br>[PROPOSED] ORDER RE: STIPULATION TO MODIFY HEARING DATES AND TIMES FOR CALIFORNIA INSTITUTE OF TECHNOLOGY'S MOTIONS TO DISMISS AND RULE 26 SCHEDULING CONFERENCE |

Before the Court is Plaintiff and Counter-Defendant Jane Doe, Defendant and Cross-Defendant California Institute of Technology ("Caltech"), Defendant Kevin Gilmartin ("Gilmartin"), and Defendant/Counterclaimant/Cross Claimant John Doe's (together, the "Parties") Stipulation to Modify the Hearing Dates and Times for Caltech's Motions to Dismiss and the Rule 26 Scheduling Conference. The Stipulation is entered and the Court hereby orders:

1. The hearing for the Motions be set at 10:00 a.m. for July 19, 2019; and

2. The Rule 26 Scheduling Conference is rescheduled to be at the same time as the hearing for the Motions.

**IT IS SO ORDERED.**

DATED: May 14, 2019

_____
Hon. André Birotte Jr.
United States District Judge
Central District of California