1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation; JOHN DOE, an individual; KEVIN GILMARTIN, an individual; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants.<br>_____<br>JOHN DOE, an individual,<br>　　　　　Counter Claimant,<br><br>　vs.<br><br>JANE DOE, an individual,<br>　　　　　Counter Defendant,<br>_____<br>JOHN DOE, an individual,<br>　　　　　Cross-Claimant,<br><br>　vs.<br><br>CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation,<br>　　　　　Cross-Defendant.<br>_____ | Case No. 2:CV 19-01005-AB-KSx<br><br>**ORDER RE STIPULATION TO MOVE THE JANUARY 17, 2020 HEARING DATE**<br><br>Complaint Served:　　February 5, 2019<br>Current Hearing Date: January 17, 2020<br>Continued Hearing :　　January 24, 2020<br><br><br>District Judge: Hon. Andrew Briotte |

1

ORDER

Before the Court is Plaintiff and Counter-Defendant Jane Doe, Defendant and Cross-Defendant California Institute of Technology ("Caltech"), Defendant Kevin Gilmartin ("Gilmartin"), and Defendant/Counterclaimant/Cross Claimant John Doe (together, the "Parties"), Stipulation to move the January 17, 2020 Hearing Date Re Caltech and Gilmartin's Motion to Dismiss Jane Doe's Third Amended Complaint and Caltech's Motion to Dismiss John Doe's Cross Claims.

The Stipulation is entered and the Court hereby orders:

1. The Hearing for the Motions be continued and reset to January 24, 2020, 10:00 a.m.;

IT IS SO ORDERED.

DATED: January 16, 2020

Hon. Andre Birotte Jr.
United States District Judge
Central District of California

2
[PROPOSED] ORDER