# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation; JOHN DOE, an individual; KEVIN GILMARTIN, an individual; and DOES 1 through 100, inclusive,<br>　　　　Defendants.<br><br>JOHN DOE, an individual,<br>　　　　Counterclaimant,<br><br>　　v.<br><br>JANE DOE, an individual,<br>　　　　Counter Defendant.<br><br>JOHN DOE, an individual,<br>　　　　Cross-Claimant,<br><br>　　v.<br><br>CALIFORNIA INSTITUTE OF TECHNOLOGY, a California Corporation,<br>　　　　Cross-Defendant. | Case No. 2:19-cv-1005-AB-KS<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF JOHN DOE'S FIRST AMENDED CROSS-CLAIMS AGAINST CALIFORNIA INSTITUTE OF TECHNOLOGY** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Cross-Claimant John Doe and Cross-Defendant California Institute of Technology stipulate and jointly request that this Court enter this dismissal with prejudice of John Doe's First Amended Cross-Claim Against Cross-Defendant California Institute of Technology, in its

entirety, in the above-entitled Action.  Each party shall bear his/its own costs and attorney fees.

DATED: January 23, 2020          **CONRAD O'BRIEN PC**

By:  /s/ Patricia M. Hamill
     Patricia M. Hamill

Attorneys for Cross-Claimant John Doe

DATED: January 23, 2020          **HUESTON HENNIGAN LLP**

By:  /s/ Moez M. Kaba
     Moez M. Kaba

Attorneys for Cross-Defendant California Institute of Technology

**PROOF OF SERVICE**

I, Andrew S. Gallinaro, declare:

I am employed in the County of Philadelphia, Commonwealth of Pennsylvania, and am admitted to practice before this Court pro hac vice. I am over the age of 18 and not a party to the within action. My business address is Conrad O'Brien PC, 1500 Market Street, West Tower, Suite 3900, Philadelphia, PA 19102.

On January 23, 2020, I served the document(s) described as **JOINT STIPULATIONFOR DISMISSAL WITH PREJUDICE OF JOHN DOE'S FIRST AMENDED CROSS-CLAIMS AGAINST CALIFORNIA INSTITUTE OF TECHNOLOGY** on the interested parties via the Court's CM/ECF:

| | |
|---|---|
| Anahita Sedaghatfar<br>THE COCHRAN FIRM-CALIFORNIA<br>4929 Wilshire Boulevard, Suite 1010<br>Los Angeles, California 90010<br>Telephone: (323) 435-8205<br>Facsimile: (323) 282-8280<br>Email: asedaghatfar@cochranfirm.com | Attorneys for Plaintiff<br>JANE DOE |
| Moez M. Kaba<br>HUESTON HENNIGAN LLP<br>523 West 6th Street, Suite 400<br>Los Angeles, California 90014<br>Telephone: (213) 788-4543<br>Email: mkaba@hueston.com | Attorneys for Defendant<br>CALIFORNIA INSTITUTE OF TECHNOLOGY, KEVIN GILMARTIN |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 23rd day of January 2020, at Philadelphia, Pennsylvania.

/s/ Andrew S. Gallinaro
Andrew S. Gallinaro

JOINT STIPULATION FOR DISMISAL OF JOHN DOE'S FIRST AMENDED CROSS-CLAIMS
2:19-cv-1005-AB-KS