UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 19-01005-AB (KSx) | Date: | January 24, 2020 |
| Title: | Jane Doe v. California Institute of Technology et al | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s): Anahita Sedaghatfar

Attorney(s) Present for Defendant(s): Moez M Kaba

**Proceedings:** 1) DEFENDANTS CALIFORNIA INSTITUTE OF TECHNOLOGY AND KEVIN GILMARTIN'S MOTION TO DISMISS THIRD AMENDED COMPLAINT [78]; and

2) CROSS-DEFENDANT CALIFORNIA INSTITUTE OF TECHNOLOGY'S MOTION TO DISMISS FIRST AMENDED CROSS CLAIMS [79]

The Courtroom Deputy Clerk distributes the Court's tentative rulings prior to the case being called.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.