1  MICHAEL ZWEIBACK (SBN 143549)
   ERIN COLEMAN (SBN 281092)
   **ZWEIBACK, FISET & COLEMAN LLP**
2  523 W. 6th Street, Suite 450
   Los Angeles, CA 90014
   Telephone: (213) 266-5170
3  Facsimile: (213) 289-4025
   Email: Michael.Zweiback@zfclaw.com
   Email: Erin.Coleman@zfclaw.com
4

5  Attorneys for Defendant/Counter Claimant
   JOHN DOE
6

7
                    **UNITED STATES DISTRICT COURT FOR THE**
8                      **CENTRAL DISTRICT OF CALIFORNIA**

9  JANE DOE, an individual,            )  Case No. 2:19-cv-1005-AB-KS
            Plaintiff,                 )
10                                     )
        v.                             )  **NOTICE OF SETTLEMENT**
11                                     )
   CALIFORNIA INSTITUTE OF             )
12 TECHNOLOGY, a California Corporation;)
   JOHN DOE, an individual; KEVIN      )
13 GILMARTIN, an individual; and DOES 1 )
   through 100, inclusive,             )
14          Defendants.                )
   _____ )
15                                     )
   JOHN DOE, an individual,            )
16          Counter Claimant,          )
                                       )
17      v.                             )
                                       )
18 JANE DOE, an individual,            )
            Counter Defendant.         )
19                                     )
                                       )
20 _____ )

21

1  PLEASE TAKE NOTICE, pursuant to Local Rule 40-2, that Plaintiff and Counter Defendant JANE DOE and Defendant and Counter Claimant JOHN DOE have reached a preliminary settlement, which, when the long form settlement agreement is finalized, will provide for the prompt dismissal with prejudice of all claims in the complaint and countercomplaint.

DATED: September 21, 2020    **ZWEIBACK, FISET & COLEMAN LLP**

/s/ Michael Zweiback

Michael Zweiback
Attorneys for Defendant/Counter Claimant
**JOHN DOE**

1

NOTICE OF SETTLEMENT
2:19-cv-1005-AB-KS

# PROOF OF SERVICE

I, Michael Zweiback, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is ZWEIBACK, FISET & COLEMAN LLP, 523 W. 6th Street, Suite 450, Los Angeles, CA 90014.

On September 21, 2020, I served the document(s) described as **NOTICE OF SETTLEMENT** on the interested parties via the Court's CM/ECF:

| | |
|---|---|
| Anahita Sedaghatfar<br>THE COCHRAN FIRM-CALIFORNIA<br>4929 Wilshire Boulevard, Suite 1010<br>Los Angeles, California 90010<br>Telephone: (323) 435-8205<br>Facsimile: (323) 282-8280<br>Email: asedaghatfar@cochranfirm.com | Attorneys for Plaintiff/Counter-Defendant<br><br>JANE DOE |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on the 21st day of September, 2020, at Los Angeles, California.

/s/ Michael Zweiback

Michael Zweiback

1

PROOF OF SERVICE