JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>CALIFORNIA INSTITUTE OF TECHNOLOGY, et al.<br><br>        Defendants.<br><br>JOHN DOE, an individual,<br><br>        Counter Claimant,<br><br>v.<br><br>JANE DOE, an individual.<br><br>        Counter Defendant. | Case No. CV  2:19-cv-1005-AB-KS<br><br>**ORDER DISMISSING CIVIL ACTION** |

1.

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days**, to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  September 24, 2020   _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE